USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/13

407252.12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUDEMARS PIGUET HOLDING S.A. and AUDEMARS PIGUET (NORTH AMERICA) INC., <br><br> Plaintiffs, <br><br> v. <br><br> TOMMY HILFIGER U.S.A., INC., TOMMY HILFIGER LICENSING LLC, MOVADO GROUP, INC., and JOHN DOES 1 to 10, <br><br> Defendants. | CIVIL ACTION <br><br> No. 13 Civ. 5666 (VM) |

### STIPULATION AND ORDER OF DISMISSAL

Plaintiffs Audemars Piguet Holding S.A. and Audemars Piguet (North America), Inc. (collectively "Audemars Piguet" or "Plaintiffs") having filed a Complaint against Tommy Hilfiger U.S.A., Inc., Tommy Hilfiger Licensing LLC, and Movado Group, Inc. (collectively "Defendants") as well as John Does 1 to 10, and the parties having entered into a Settlement Agreement, it is hereby STIPULATED by the Parties through their undersigned counsel and ORDERED by the Court that:

1. All claims in the action are hereby dismissed WITH PREJUDICE.

2. The exclusive jurisdiction of this Court is retained for the purpose of interpretation or enforcement of any provisions of the Settlement Agreement entered into between the parties, or for the purpose of resolving any dispute that may arise out of the Settlement Agreement.

IT IS SO ORDERED:

Dated: 2 2 October 2013

_____
Victor Marrero, U.S.D.J.

IT IS SO STIPULATED:

                                              SPRINGUT LAW PC
                                              Counsel for Plaintiffs

                                              75 Rockefeller Plaza, 19th Floor
                                              New York, NY 10022
                                              Tel: (212) 813-1600
                                              Facsimile: (212) 813-9600

Dated: October 22, 2013        By: _____
                                                  Milton Springut, Esq.

                                              FROSS ZELNICK LEHRMAN & ZISSU, P.C.
                                              Counsel for Defendants

                                              866 United Nations Plaza
                                              New York, NY 10017
                                              Tel: (212) 813-5957
                                              Fax: (212) 813-5901

Dated: October 21, 2013        By: _____
                                                  John Margiotta, Esq.

2

---

SO ORDERED. The Clerk of Court is directed to terminate any pending motions in this action and to close this case.

SO ORDERED.

10-22-13
Date                Victor Marrero, U.S.D.J.

# SPRINGUT LAW PC

VIA FACSIMILE
October 22, 2013

Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street, Suite 660
New York, NY 10007

Re:   *Audemars Piguet Holding S.A. v. Tommy Hilfiger U.S.A, Inc.*
      Civil Action No. 13 Civ. 5666 (VM)

Dear Judge Marrero:

We represent the plaintiffs in the above action. We are pleased to inform the Court that the parties have settled this action. As part of the settlement agreement, the parties have agreed to execute and submit a stipulated order of dismissal.

Accordingly, we attach a stipulation in the form agreed to by the parties. If it meets with the Court's approval, we request that it be So Ordered and entered.

Respectfully submitted,

Tal S. Benschar

*Counsel for Plaintiffs*

Attachment

cc:   John Margiotta, Esq. (via email w/ attachment)

408767.1